UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Greer Commission of Public Works, | ) | C/A No. 7:06-02772-GRA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **Order** |
| The County of Spartanburg, | ) | (Written Opinion) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the motion to intervene filed on behalf of Laurens Electric Cooperative, Inc., and in accordance with the liberal federal rules freely permitting intervention, IT IS HEREBY ORDERED that the motion to intervene be GRANTED and Laurens Electric Cooperative, Inc. be added to the case as a defendant/counter-claimant.

IT IS FURTHER ORDERED that the Clerk of Court shall file the answer of Laurens Electric Cooperative, Inc. that was attached to its motion to intervene.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

January 26, 2007
Anderson, South Carolina

1